**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No.: 3:26-CR-56-WWB-PDB**

**JOSHUA LEWIS MAGRAFF**

_____

### DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
### AND MEMORANDUM OF LAW

Defendant, **Joshua Lewis Magraff**, by and through undersigned counsel, and pursuant to Fed. R. Crim. P. Rule 12(b)(3)(C), moves this Court to suppress all evidence seized resulting from the unlawful traffic stop on March 8, 2026. In support of this Motion, Mr. Magraff submits the following:

### Background

1. Mr. Magraff is charged in a two-count Indictment alleging that he produced child pornography, in violation of 18 U.S.C. § 2251(a) and (e) and that he transported a minor to engage in criminal sexual activity, in violation of 18 U.S.C. §2423(a). These charges resulted from a custodian interrogation with police, as well as from a cell phone that was seized during the stop. Mr. Magraff contests the validity of the stop and argues that all evidence found following the stop should be suppressed.

1

2. On March 8, 2026, at 2140 hours, Putnam County Sheriff's Office ("PSCO") Deputy Chewning pulled over a 1999 Lincoln Town car for "speeding" 62 miles per hour in a posted 60 mile an hour zone.

3. Mr. Magraff asserts that the officer's statements regarding the reason for the stop cannot be supported and that the stop was unlawful. Despite hours of body-worn camera footage from after the stop occurred, PCSO did not provide any video footage to support the allegations contained in Deputy Chewning's report.

4. Furthermore, PCSO has indicated that there is no body camera or dash camera footage showing the alleged traffic violation or the observations that Deputy Chewning alleges.

## Memorandum of Law

The Fourth Amendment provides that the "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated." U.S. Const. amend. IV. Evidence taken in violation of the Fourth Amendment cannot be used in a criminal proceeding against the victim of the illegal seizure. *U.S. v. Calandra*, 414 U.S. 338, 347 (1974).

If a seizure violates the Fourth Amendment, the Exclusionary Rule prohibits the admission of the "fruits" of illegally seized evidence, i.e., any information, object, or testimony uncovered or obtained directly or indirectly because of the

2

illegally seized evidence. *Wong Sun v. U.S.* 371 U.S. 471, 487-88 (1963). When police stop a motor vehicle, even for a brief period, a Fourth Amendment seizure occurs. *Whren v. U.S.*, 517 U.S. 806, 809-10 (1996). A traffic stop is reasonable, and therefore constitutional, if the officer conducting the stop has probable cause to believe that a traffic violation has occurred. *U.S. v. Harris*, 526 F.3d 1334, 1337 (11th Cir. 2008). To determine whether the officer had probable cause, the focus is not on the officer's subjective motives; instead, the focus is on whether the objective circumstances justified the stop. *Whren*, at 812-13.

The government has the burden at a suppression hearing involving a traffic stop to prove that the officer's actions were reasonable. *See U.S. v. Timmann* 741 F.3d 1170, 1178-79 (11th Cir. 2013).

**Wherefore**, Mr. Magraff requests an evidentiary hearing.

<div style="margin-left: 50%;">

**CHARLES L. PRITCHARD, JR.**
**FEDERAL PUBLIC DEFENDER**

*Respectfully Submitted By:*

***/s/ Kathryn Sheldon, Esq.***
Kathryn Sheldon, Esq.
Florida Bar No. 1019538
Assistant Federal Defender
200 West Forsyth Street, Suite 1240
Jacksonville, FL 32202
Telephone: (904) 232-3039
Fax: (904) 232-1937
Email: Kathryn_sheldon@fd.org

</div>

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on this 17th[th] day of June 2026, a true copy of the foregoing was served by electronic notification to Laura Cofer-Taylor, Assistant United States Attorney, Office of the United States Attorney.

*<u>/s/Kathryn Sheldon, Esq.</u>*
Kathryn Sheldon, Esq.
Assistant Federal Defender